**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DONNA EVELYN CONNOR WHITE,

  Plaintiff,

v.                                              CASE NO.: 3:19-CV-00794-TJC-MCR

GENESIS FS CARD SERVICES, INC.,

  Defendant.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Donna White, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically furnished to all counsel of record on October 1, 2019.

                                                      */s/ Janelle Neal*
                                                      Janelle Neal, Esquire
                                                      Florida Bar No.: 774561
                                                      Morgan & Morgan, Tampa, P.A.
                                                      One Tampa City Center
                                                      201 North Franklin Street, Suite 700
                                                      Tampa, Florida 33602
                                                      Telephone: (813) 223-5505
                                                      Facsimile:  (813) 222-2490
                                                      Primary Email: JNeal@ForThePeople.com
                                                      Secondary Email: RKnowles@ForThePeople.com
                                                      *Counsel for Plaintiff*