# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DONNA EVELYN CONNOR WHITE

    Plaintiff,

v.                                    Case No. 3:19-cv-794-J-32MCR

GENESIS FS CARD SERVICES, INC.,

    Defendant.

## **O R D E R**

Upon review of Joint Stipulation of Dismissal with Prejudice (Doc. 15), filed on November 13, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of November, 2019.

                                                        TIMOTHY J. CORRIGAN
                                                        United States District Judge

jb
Copies:

Counsel of record